NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DURATECH INDUSTRIES INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

v.

**BRIDGEVIEW MANUFACTURING, INC.,**
*Defendant-Appellant.*

---

2010-1078

---

Appeal from the United States District Court for the District of North Dakota in No. 05-CV-0090, Chief Judge Ralph R. Erickson.

---

**JUDGMENT**

---

DENNIS L. THOMTE, Thomte Patent Law Office LLC, of Omaha, Nebraska, argued for plaintiff-appellee. With him on the brief was JUSTIN D. EICHMANN, Bradford & Coenen LLC, of Omaha, Nebraska. Of counsel was DANA C. BRADFORD III.

PETER M. LANCASTER, Dorsey & Whitney LLP, of Minneapolis, Minnesota, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 4, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |